IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26-16-M-WWM |
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER LYNN STEPHENS, | |
| Defendant. | |

On June 23, 2026, the Court held a detention hearing for Defendant Jennifer Lynn Stephens. At the hearing, Defendant requested that she be released to attend inpatient treatment at Recovery Centers of Montana, where Defendant has secured a bed date of June 30, 2026. (Doc. 62). The Government did not oppose Defendant's release to inpatient treatment, but voiced concerns regarding the facility to which Defendant requested release. As discussed in open court,

IT IS ORDERED that Defendant shall be released on June 30, 2026 for the limited purpose of attending inpatient treatment at Recovery Centers of Montana.

IT IS FURTHER ORDERED that prior to her release from Recovery Centers of Montana, Defendant shall file a notice advising the Court of her anticipated release date, at which time the Court will set a status hearing.

DATED this 24th day of June, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge