# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26-16-M-WWM |
| Plaintiff, | |
| vs. | **ORDER** |
| JENNIFER LYNN STEPHENS, | |
| Defendant. | |

Defendant Jennifer Lynn Stephens has filed an unopposed motion for leave to appear by Zoom at tomorrow's status conference. Accordingly, and good cause appearing,

IT IS ORDERED that motion (Doc. 77) is GRANTED. Defendant may appear via Zoom at the status hearing set for August 6, 2026, at 11:00 a.m. The Clerk of Court shall notify defense counsel via e-mail of the meeting ID and password prior to the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 5th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge

1